■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TAL-MADGE GORDON HENDERSON, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD GRAY, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— [In each action] Time to perfect appeals extended 90 days.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD LEDERER, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. WINFIELD I. NICHOLSON, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID THOMAS FITZGERALD, Appellant. (D) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN KATHKE, Appellant. (E) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD ROHR, Appellant.— [In each action] Permission to prosecute appeals as poor persons granted. Appeals may be perfected upon one typewritten copy of the records and five typewritten copies of the briefs. Motions in all other respects denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. NICHOLAS A. KAMIS-AROFF, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Motion for permission to appeal to the Court of Appeals as a poor person denied.

■ GEORGE JACOBUS, Appellant, v. THE PEOPLE OF THE STATE OF NEW YORK, Respondent.— Motion for an order allowing oral argument on a day certain in the September Term denied.